FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Carlos Edgard Robles <br> Defendant. | Case No.: <br> **15-MJ-1434-Duty** <br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **S.D. Cal** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release] and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **limited backgrd information + ties to Mexico + nature of alleged violations + absence of sureties**

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior criminal history + fact that this was arrest while on supervision.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8-3-2015

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2